

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney



March 30, 2020

Honorable Kenneth M. Karas
United States District Judge
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:  *Dante Edouardo Daly v. Westchester County Board of Legislators*
     19 cv-4642 (KMK)
     Request for File Partially Redacted Memorandum of Law

Dear Judge Karas:

This office represents Defendant Westchester County Board of Legislators ("BOL") in the above-referenced action. The BOL's motion to dismiss is due to be served and filed on **April 3, 2020**. In this case, Plaintiff claims that he was discriminated on the basis of his alleged disability under the ADA and NYSHRL. Although Plaintiff's request to seal this case was denied, his first complaint is not able to be publicly viewed. *See*, Dkt. Nos 7 and 2, respectively. Since then, Plaintiff has filed both unredacted and redacted versions of amended pleadings, the most recent being Dkt. No. 35 to which the BOL's motion is addressed. In an abundance of caution, the BOL requests permission to file a redacted version of its Memorandum of Law, redacting only those portions which Plaintiff has redacted.

If this request is granted and in accordance with Your Honor's recent Individual Rules, an unredacted copy will be forwarded to Your Honor via email. Should Your Honor's staff have any questions, I can be reached at (914) 995-3577. Thank you.

Granted.
So Ordered.
KMK
3/31/20

Respectfully submitted,
JOHN M. NONNA
Westchester County Attorney
By:
Irma Cosgriff (IC 1320)
Associate County Attorney

IWC/st

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601    Telephone: (914)995-2676    Website: westchestergov.com

VIA email (dante.daly@yahoo.com), regular mail and ECF
Dante Daly, Plaintiff *Pro Se*
300 Crandon Terrace
Baldinsville, NY 13027