UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANTE DALY,

                Plaintiff,

v.

                                          ORDER

WESTCHESTER COUNTY BOARD OF        19-cv-4642 (PMH)
LEGISLATORS,

                Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On May 2, 2020, the Court received at least 8 emails from Plaintiff concerning a variety of issues. In light of these emails, the Court would like to remind Plaintiff of several points:

- Emails to Chambers are not permitted unless a party has received prior authorization
- If plaintiff wants the Court to consider any document, he must follow the procedure for pro se filings, available at: https://www.nysd.uscourts.gov/prose
- Judge Halpern cannot give plaintiff any legal advice.

SO-ORDERED:

Dated: New York, New York
         May 5, 2020

                                            Philip M. Halpern
                                            United States District Judge