

**George Latimer**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

> Application denied without prejudice to renew. The Proposed Confidentiality Agreement is different from the Model Confidentiality Stipulation and Proposed Protective Order available on this Court's individual webpage. *See* Rule 1(I) of this Court's Individual Practices.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 138.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 27, 2021

July 26,

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Dante Edoardo Daly v. Westchester County Board of Legislators*
      19 Civ. 4642 (PMH)

Dear Judge Halpern,

I represent the Defendant Westchester County Board of Legislators (the "BOL") in the above-referenced action.

On behalf of the BOL, and with the consent of Plaintiff by counsel, I write to inform Your Honor that the parties have entered into a proposed Confidentiality Agreement and to request, respectfully, that Your Honor so-order the same. Considering the subject matter of this action and the parties' disclosure obligations, which necessarily requires the exchange of medical reports/documents as well as documents that fall within the purview of legislative privilege, the parties submit that such an agreement and order is appropriate.

In closing, I thank you for your time and consideration of the foregoing. Should Your Honor's staff need to contact me, I am available by phone at 914.995.3630 or by email at ggma@westchestergov.com.

Respectfully,

/s/ Giacomo G. Micciche

Giacomo G. Micciche
Assistant County Attorney



Michaelian Office Building, Room 600
148 Martine Avenue
White Plains, New York 10601     Telephone: (914)995-2660     Website: westchestergov.com