

**George Latimer**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

July 28, 2021

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted. The Stipulated Confidentiality Agreement and Protective Order shall be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 140.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 29, 2021

Re: *Dante Edoardo Daly v. Westchester County Board of Legislators*
    19 Civ. 4642 (PMH)

Dear Judge Halpern,

I represent the Defendant Westchester County Board of Legislators (the "BOL") in the above-referenced action.

On behalf of the BOL, with the consent of Plaintiff by counsel, and in accordance with Rule 1(I) of Your Honor's Individual Practices, I request, respectfully, that Your Honor so-order the proposed Stipulated Confidentiality Agreement and Protective Order annexed hereto, executed by counsel for both Plaintiff and the BOL. Due to the sensitive nature of the documents the parties will exchange throughout the course of discovery, the parties submit that a Protective Order is appropriate.

I thank you for your time and consideration of the foregoing. Should Your Honor's staff need to contact me, I am available by phone at 914.995.3630 or by email at ggma@westchestergov.com.

Respectfully,

/s/ Giacomo G. Micciche

Giacomo G. Micciche
Assistant County Attorney



Michaelian Office Building, Room 600
148 Martine Avenue
White Plains, New York 10601     Telephone:  (914)995-2660     Website:  westchestergov.com