# LAW OFFICES OF JIMMY M. SANTOS, PLLC
*Employment, & Civil Litigation*

---

28 Wilson Place
Cornwall, New York 12518
Fax: (845) 595-2266

July 6, 2022

> The parties are directed to meet and confer in order to rectify any errors (*e.g.*, numbering and blank citations) in the Joint Rule 56.1 Statement (Doc. 174).
>
> The parties shall thereafter, <u>by 5:00 p.m. on July 8, 2022</u>, file a Revised Joint 56.1 Statement. Plaintiff's opposition to Defendant's pending pre-motion conference letter shall likewise be filed <u>by 5:00 p.m. on July 8, 2022</u>.
>
> The Joint Rule 56.1 Statement was incorrectly filed as a motion. The Clerk of the Court is therefore respectfully directed to terminate the motion sequences pending at Doc. 174 <u>and</u> Doc. 176.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 7, 2022

Re: *Daly v. Westchester Board of Legislators*
    Action No. 19-cv-04642 (PMH)

As you are aware, I represent plaintiff Mr. Dante Daly in this disability discrimination action against defendant. Defense counsel takes no position with respect to this request. On behalf of plaintiff, the undersigned requests that Your Honor extend the deadline to file plaintiff's (and/or his portion of) Rule 56.1 Statement and pre-motion letter for an additional two (2) days until on or by Friday, July 8, 2022 at 5:00 PM.

The main reasons for Plaintiff's request for this extension is that, yesterday, I had multiple problems with respect to finalizing the Joint Rule 56.1 Statement (in the "Statement") as I used a MicroSoft document converted from its PDF form, for which I worked approximately eight (8) hours almost continuously. As a result, there are significant errors in the Statement, and also was unable to write and file plaintiff's pre-motion letter. I had a conversation with defense counsel in which I acknowledged that the Statement had significant errors. I worked only one (1) day of the July 4th Holiday due to health issues and because my newphew and his family came to visit our family from Denver over the weekend.

On behalf of Plaintiff, and with no position taken by defense counsel, the undersigned respectfully requests that the Court extend the deadlines for plaintiff's (and/or its portion thereof) of his Rule 56.1 Statement and pre-motion letter for an additional two (2) days until on or by July 8, 2022 at 5:00 PM. This is plaintiff's 2nd request for an extension of the deadline.

Thank you for Your Honor's attention.

Respectfully Submitted,

/S/  *Jimmy M. Santos*
Jimmy M. Santos, Esq.

cc:  Irma M. Cosgriff, Esq., defendant's counsel
     (via ECF only)