

**LAW OFFICES OF JIMMY M. SANTOS, PLLC**
*Civil Rights, Labor &Employment, & Civil Litigation*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

**VIA ECF**

Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal
Building & Courthouse
300 Quarropas Street
Room 530
White Plains, New York 10601

Re:

---

> Application denied as moot.
>
> Plaintiff is directed to the Court's 11/14/2022 Order extending the time to serve and file Plaintiff's opposition papers and Defendants' reply papers. (*See* Doc. 190).
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 191.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             November 16, 2022

---

Dear Judge Halpern:

    As Your Honor is aware, and as stated in my application to Your Honor dated November 10, 2022, I represent plaintiff Mr. Dante Daly in the above-referenced action. With the consent of defense counsel, and on behalf of Plaintiff, the undersigned requests that Your Honor grant Plaintiff a one (1) week extension until November 28th to serve his opposition papers to Defendant's motion for summary judgment.

    The original date for Plaintiff to serve his opposition papers is Monday, November 21st. Also, due to defense counsel having a trial during the 1st few weeks of December, defense counsel has asked that Defendant's reply be served (and all the parties' motion papers filed/ served) on December 19, 2022.

    The reason for Plaintiff's request for additional time to serve his opposition papers is that, prior to my application dated 11/10/22, Mr. Daly had been in and out of the hospital for some serious medical issues he was experiencing during the previous three and a half weeks,.

    This is the 2nd time (apart from my 1st request dated 11/10/22) any party has requested that the briefing schedule be extended and/or modified.

    Based on the foregoing, and on behalf Plaintiff, the undersigned respectfully asks that the Court extend the date for Plaintiff to serve his opposition papers until Monday, November 28, 2022, and that the time for Defendant to reply (& for all parties to file their motion papers) be extended to December 19, 2022.

    Thank you for Your Honor's attention.

        Respectfully Submitted,

        /S/   *Jimmy M. Santos*
        Jimmy M. Santos, Esq.

cc:   Irma M. Cosgriff, Esq., defendant's counsel (via ECF only)
      Giacomo G. Micciche, Esq., defendant's counsel (via ECF only)