

**LAW OFFICES OF JIMMY M. SANTOS,PLLC**
*Civil Rights, Labor &Employment, & Civil Litigation*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

> Application denied.
>
> Plaintiff is directed to comply with Rule 5 of the Court's Individual Practices.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          December 1, 2022

November

**VIA ECF ONLY**

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Dante Edoardo Daly v. Westchester County Board of Legislators;* Civil Action No. 19 Civ. 4642 (PMH)

Dear Judge Halpern:

    As Your Honor is aware, I represent Plaintiff, Mr. Dante Daly, in the above action in which he has made claims of disability dsircrimination and retaliation under the ADAAA and the Rehabilitation Act of 1972, against his former employer, the Westchester County Board of Legislators (the "BOL").

    Pursuant to Rule 5(A) of Your Honor's Inidividual Rules of Practice and Fed.R.Pro. 5.2(d), the undersigned requests permission from Your Honor to file a request (the "Application") for an extension "under seal".

    The reason I'm making such request that the Application be filed "under seal" is that it will contain sensitive medical information of the undersigned.

    Thank you for Your Honor's attention.

                                  Respectfully Submitted,

                                  */S/ Jimmy M. Santos*
                                  Jimmy M. Santos, Esq. (JS-0947)

cc:   Giacomo G. Micciche, Esq., counsel for defendant
       Irma Cosgriff, Esq., counsel for defendant