**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANTE EDOARDO DALY,

                Plaintiff,

      -against-                                  19 **CIVIL** 4642 (PMH)

                                              **JUDGMENT**

WESTCHESTER COUNTY BOARD OF
LEGISLATORS,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 1, 2023, Defendant's motion for summary judgment is GRANTED and Plaintiff's Second Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        August 1, 2023

                                            **RUBY J. KRAJICK**

                                            _____
                                                 **Clerk of Court**

                **BY:**        K. Mango

                                            _____
                                                **Deputy Clerk**